ᒪ

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE OF NEW YORK, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 16-4234 |
| ) | |
| vs. ) | |
| ) | Hon. Mitchell S. Goldberg |
| CEPHALON, INC., et al., ) | |
| ) | |
| Defendants ) | |

**FILED MAY 0 1 2019 KATE BARKMAN, Clerk By _____ Dep. Clerk**

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUPPLEMENTAL DISTRIBUTION

The Court having reviewed the Plaintiff States' unopposed Motion for Supplemental Distribution, the Court finds that there is good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the cut-off date for consumers to submit claims shall be extended from July 25, 2017 to March 15, 2019. All claims postmarked on or before that date shall be considered timely.

**IT IS ALSO ORDERED** that the supplemental distribution take place.

All other dates previously set by the Court shall remain in effect.

**SO ORDERED** this 1 day of May, 2019.

Honorable Mitchell S. Goldberg
United States District Judge